UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRISTINA EATON, | § § § |
| Plaintiff, | § § |
| VS. | §  CIVIL ACTION NO. 4:13-CV-1970 |
| | § § |
| DEPUY SYNTHES SALES, INC., *et al*, | § § |
| Defendants. | § § |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within thirty (30) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** thirty (30) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 16th day of June, 2014.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE